UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  09/18/2023
```

FELIX CASTRO, on behalf of himself and all
others similarly situated,

                                    Plaintiffs,

                    -against-                                    23 Civ. 8138 (AT)

Glen Raven, Inc.,                                               **ORDER**

                                    Defendant.

ANALISA TORRES, District Judge:

        To protect the public health, while promoting the "just, speedy, and inexpensive determination
of every action and proceeding," Fed. R. Civ. P. 1, it is ORDERED pursuant to Rules 30(b)(3) and
30(b)(4) of the Federal Rules of Civil Procedure that all depositions in this action may be taken via
telephone, videoconference, or other remote means.  It is further ORDERED pursuant to Rule
30(b)(5) that a deposition will be deemed to have taken place "before an officer appointed or
designated under Rule 28" if such officer attends the deposition using the same remote means used to
connect all other participants, so long as all participants (including the officer) can clearly hear and be
heard by all other participants.  The parties are encouraged to engage in discovery through remote
means at every available opportunity.

        SO ORDERED.

Dated:  September 18, 2023
        New York, New York

                                                        _____
                                                           ANALISA TORRES
                                                        United States District Judge