```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX CASTRO, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

GLEN RAVEN, INC.,

                Defendant.

23 Civ. 8138 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 18, 2023, the Court ordered the parties to file a joint letter and proposed case management plan by November 20, 2023. ECF No. 5. Those submissions are overdue. Moreover, Plaintiff has not filed proof of service, and Defendant has not appeared in this action.

    Accordingly, by **December 13, 2023**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: November 22, 2023
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge